

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2018

No. 04-18-00418-CV

**IN RE WOOD GROUP PSN INC.**, Miller Environmental Services L.L.C., Star Tex Gasoline & Oil Distributors Inc., Basic Energy Services Inc., Cameron Inc., Chacho's Vacuum Service Inc., Coastal Chemical Co. L.L.C., Flint Energy Services Inc., FTS International Services L.L.C., Helmerich & Payne International Drilling Co., Mission Petroleum Carriers Inc., Murphy Exploration & Production Company - USA, Murphy Oil Corporation, Plains All American Pipeline L.P.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
     Marialyn Barnard, Justice
     Irene Rios, Justice

The real party in interest filed a motion for extension of time in which to file a motion for rehearing. Relators oppose the request.

The real party in interest's request for an extension of time is GRANTED and the motion for rehearing is **due no later than November 2, 2018**.

The stay of all proceedings in the underlying case imposed by this court on June 22, 2018 remains in place pending final resolution of any further motions for reconsideration.

It is so **ORDERED** on October 16, 2018.

**PER CURIAM**

ATTESTED TO: _____
      Keith E. Hottle,
      Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-05-11980-DCVAJA, styled *County of Dimmit v. Murphy Exploration & Production Co., et al.*, pending in the 365th Judicial District Court, Dimmit County, Texas, the Honorable Amado J. Abascal, III presiding.